UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

KEITH STODDARD, )
)
    Petitioner, )
)
v. ) Civil Action No. 08-1419
)
UNITED STATES PAROLE )
COMMISSION, )
)
    Respondent. )

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is hereby

ORDERED that the Respondents, by counsel, shall within __60__ days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted. It is

FURTHER ORDERED that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Respondent, and is directed to send a copy of the Petition to the United States Attorney General and to the United States Attorney for the District of Columbia.

SO ORDERED.

_____
United States District Judge

Date: 8/25/08